IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Respondent,

v.                                            CRIMINAL ACTION NO. 3:02-00069-13
                                              (CIVIL ACTION NO. 3:04-0728)

CHARLES TAPSCOTT,
        also known as "J",

        Movant.

**ORDER**

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court find that the motion filed by Mr. Tapscott is untimely by reason of the applicable statute of limitation and that the relief sought in this § 2255 be denied. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and finds that the motion filed by Mr. Tapscott is untimely by reason of the applicable statute of limitation and **DENIES** the relief sought in this § 2255, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

ENTER: October 4, 2006

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE